Murray Jacob # R05273
Columbia Correctional Institution
216 S.E. Corrections Way.
Lake City, Florida 32025

PROVIDED TO COLUMBIA
CORRECTIONAL INSTITUTION
ON 12-27-16 (STAFF INITIAL) DATE FOR MAILING

STATE OF FLORIDA)
AFFIDAVIT OF Jacob Murray
County of Columbia)

December 23. 2016

(3½) PAGES ENCLOSED.

Clerk, U.S. District Court
401 S.E. First Avenue Room # 243
Gainesville Florida 32601-6895

1:16-cv-385-MP-GRJ

RE: Temporary Restraining Order.

Dear Clerk of Courts

Upon the Supporting Affidavit of the Plaintiff Jacob Murray. I'm respectfully seeking a Temporary Restraining Order on the following prison officals here at Columbia Correctional Institution Main Unit:

1.) Assist Warden: Woodall
2.) Captain: J.J. Reener
3.) SGT: Wayers
4.) C/o: L.T. Wilson
5.) SGT: D.C. Philips.
6.) Classification Officer: Ms. Cook

On August 29, 2016 I was jumped and beaten and stabed by 8 known gang members in 4-Dormatory directly in front of C/o L.T. Wilson. Then C/o L.T. Wilson allowed a few of the gang members walk in my locked cell and removed whole grey footlocker on camera. Then caught him with weapon to which stabed me twice.

... they transferred majority of the inmates involved.

C/O L.T. Wilson failed to protect me after I requested to be protected from these known gang members.

Inmate Randy Johnson admitted to Inspector Clark and both Captains Stephenson and Reeder that he got C/O L.T. Wilson to Re-Roll Cell Y-1104 L. on August 29. 2016. to steal every valuable item I possessed and legally owned.

Due to me filing a complaint against an Inmate by the name John P. Woodall at Wakulla CI Annex in June of 2016 and then being transferred to Columbia CI. Not knowing the Assist Warden Mr. Woodall is related to this Ex C/O Federal Employee. once Mr. Woodall, realized I was the one who made this complaint he he told the following inmates to keep my personal property.

(Sharing it) →

| | |
|---|---|
| Anthony Smith (watch Casico) | Willie Matthas shoes 8½ |
| Bobby Medina MP4 Player w/buds | C. Francios (Zoe) Thermalset |
| Micheal Blackmon MP4 Player w/buds. | Bryan Drawley Shorts |

The rest of my remains are in Y-Dormatory and the Institution refuses to replace it or go get it. All of my Trial Transcripts are still there as well.

The I.C.T. has Recommended me for an Interstate Connection Compact (I.C.C) for my safety. But is attempting to steal my personal property and not pay for it. I am asking the Courts to see that his personal property is paid for by C/O Wilson and Sgt Waters and J.T. Reeder. Because Capt. Reeder never looked for my property only weapons

... SGT: D.C. PHILIPS. ON DECEMBER 22, 2016 REFUSED ME ALL MEDICAL TREATMENT. SGT: WATERS REFUSED ME ALL MEDICAL TREATMENT. Classification Officer: Ms. Cook STATED IF THIS I.C.C. DOES NOT HAPPEN SOON SHE WILL (LIE) FIND A WAY TO PLACE ME ON CLOSE MANAGEMENT ONE (CMI) THIS CONVERSATION WAS IN FACT CAUGHT ON AUDIO TAPE AND VIDEO TAPE AT CELL FRONT AROUND NOON FEEDING UNTIL 1:00 PM. I AM IN FEAR FOR MY LIFE HERE AT COLUMBIA C.I MAIN UNIT AND ANNEX. AND I'M REQUESTING A "TEMPORARY RESTRAINING ORDER" OUT ON THE SIX PRISON OFFICAL UNTIL I'M SAFELY ABOARD HEADING TO WHATEVER STATE THATS COMING TO GET ME. OR PLACE ME IN A COUNTY JAIL UNTIL THEY COME TO PICK ME UP. THIS SGT: D.C. PHILIPS HAS MADE MULTIPLE OF THREATS TO JUMP ON ME OFF CAMERA AND (LIE) ON ME. "I AM IN FEAR FOR MY LIFE" AND NEED A "RESTRAINING ORDER". I DO NOT WANT TO DIE. I AM RESPECTFULLY ASKING THAT THE AUGUST 29, 2016 INCIDENT IS HELD ALONG WITH MEDICAL REPORTS AND PHOTOS ON THE FACT I WANT TO BRING THIS TO COURT. THEY ARE REFUSING TO ALLOW ME SUCCESSFUL ACCESS TO THE LAW LIBRARY. IF THE LAW CLERKS ATTEMPT TO HELP ME. THEY WILL SET THEM UP WITH DRUGS (K2). THIS IS IN FACT A VIOLATION OF F.A.C. 33-208.002(8)(24) AND IS IN DIRECT VIOLATION OF MY EIGHTH AMENDMENT CONST. RIGHT. PURSUANT TO ~~THE RULES~~ I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Murad Jacob R05273 December 23, 2016

(margin: CD TAPE AND HARD DRIVE)

INMATE WITNESSES TO INCIDENT ON AUGUST 29, 2016, AT Columbia Correctional Institution A LOT OF INMATES WROTE GRIEVANCES AND CALLED THE TIP LINE...

1.) MARK A. TIESS #T56541
2.) MARCUS WHITE # V45438
3.) BRIAN DRAWLEY
4) DENNIS CARPENTER
5.) GABRIEL NOCK
6.) INMATE: ABRAHAM
7.) ~~[redacted]~~ BRUNESHW WABINSKI
8.) ~~[redacted]~~ DARRAN REPPOND #166288

↑
WITNESSES.

↑
GRIEVANCES AND/OR TIP CALLS

Mr. Murray Jacob # R05213 # H-32024
Columbia Correctional Institution
216 S.E. Corrections Way.
Lake City, Florida 32025

Legal Mail

Clerk, U.S. District Court
401 S.E. First Avenue
Room # 243
Gainesville, Florida 32601-6895

(3½) pages are enclosed
THREE AND HALF pages are enclosed.
SEVERAL OUT DECEMBER 27, 2016 FROM CELL H-3202 MONDAY TUESDAY

12/27/16